**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

-----------------------------------------------------------------------x

In re *Ex Parte* Application of

Leak Yim,
For an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in Foreign Proceedings

Case No. 1:26-mc-00095-ACR

-----------------------------------------------------------------------x

**SUPPLEMENTAL DECLARATION OF JAKE NACHMANI**
**IN SUPPORT OF LEAK YIM'S *EX PARTE* APPLICATION**
**FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782**

I, JAKE NACHMANI, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am admitted *pro hac vice* to this Court and a member of the bars of the State of New York, the United States District Court for the Southern District of New York, and the United States District Court for the Eastern District of New York. I am a Partner at Seiden Law LLP, attorneys for Leak Yim ("**Applicant**" or "**Yim**") in the above-captioned matter.

2. I respectfully submit this supplemental declaration in support of Mr. Yim's application pursuant to 28 U.S.C. § 1782 to conduct discovery for use in foreign proceedings ("**Application**").

3. I do not waive and do not intend to waive any legal advice, litigation, or other privilege by referring to any matters in this declaration.

4. I am over the age of eighteen, and, if called upon to do so, I could and would testify to the information contained herein.

5. On May 19, 2026, Respondent, Jacob Sims ("**Sims**" or "**Respondent**"), testified in Washington, D.C., before the U.S. House of Representatives Select Committee on China

concerning "Crime, Corruption, and Power: The Rise of CCP-linked Scam Networks Targeting Americans and Threatening U.S. Security." The Committee's official hearing page identifies the hearing location as "Cannon 210" and lists Sims as a witness.[1] Sims's oral testimony is available on the Select Committee on China's website, linked here: https://chinaselectcommittee.house.gov/committee-activity/hearings/crime-corruption-and-power-the-rise-of-ccp-linked-scam-networks-targeting-americans-and-threatening-us-security.

6. In Mr. Sims' written testimony, he is identified as a "Sr. Advisor on Transnational Crime and Emerging Threat, Inca Digital." His written testimony states that through his "research, advisory, and policy roles" he helps "governmental and civil society partners understand how modern criminal networks become embedded in political systems."

7. In addition, Mr. Sims references in his testimony that Inca Digital and the National Democratic Institute have supported his recent research on "scam-state architecture." Notably, Sims' testimony relies on Inca Digital's analysis of Cambodian corporate records and alleged criminal networks.

8. Attached hereto as **Exhibit 1** is a true and correct copy of the "Written Testimony of: Jacob Sims before the House Select Committee on the Strategic Competition Between the United States and the Chinese Communist Party" dated May 19, 2026.

9. On or about September 10, 2026, Sims posted on his LinkedIn account that he would be hosting a closed-door event in Washington, D.C. at 11:30 a.m. on September 16, 2026. According to this LinkedIn post and at this event, Sims will be discussing his new report, "Scam State Architecture: Disruption, Adaptation, and the Enduring Threat of Cambodia's State-Crime Nexus." Sims describes the report as assessing how most of Cambodia's notorious scam

[1] Upon information and belief, Cannon 210 refers to Cannon House Office Building located at 27 Independence Ave. SE, Room 210, Washington D.C. 20003

compounds now sit empty. According to Sims, Inca Digital and the National Democratic Institute backed and published the report.

10. Attached hereto as **Exhibit 2** is a true and correct copy of Mr. Sims' LinkedIn post announcing the September 16, 2026 event.

Dated: September 11, 2026
New York, New York

*/s/ Jake Nachmani*

**SEIDEN LAW LLP**
Jake Nachmani
322 Eighth Avenue, Suite 1200
New York, NY 10001
jnachmani@seidenlaw.com
(646) 766-1723

*Attorneys for Applicant Leak Yim*