# EXHIBIT 2

Top Content People Learning Jobs Games

# Jacob Sims' Post



**Jacob Sims**
1d · Edited

...

Excited to share that I'm dropping a new report next week -- Scam State Architecture: Disruption, Adaptation, and the Enduring Threat of Cambodia's State-Crime Nexus. If you're in D.C. and interested in this issue, we'll be holding a closed-door launch discussion at 11:30 a.m. on September 16. DM me if you'd like an invitation.

Following an extraordinary wave of international pressure over the last year, most of #Cambodia's notorious scam compounds now sit empty. But those compounds were only the visible front end of a more insidious enabling system that endures, largely undisturbed. At a high level, the report asks: how did this pressure arise, where did it effectively reach, where did it fall short, and why?

As I prepare for the launch, I've been re-reading Oliver Bullough's classic #Moneyland and came across a line last night that struck me as particularly fitting: "Many of these people cannot be written about until they have been convicted, at which point they will have fallen from political grace and will no longer be in a position to commit the crimes."

He was referring to Russian oligarchs. But there is something very familiar in that problem when it comes to Cambodia's scam-invested oligarchs: powerful, litigious actors with both the means and incentive to make scrutiny costly -- and who have, by and large, evaded meaningful accountability as a result.

That makes me especially grateful to National Democratic Institute (NDI) and Inca Digital for backing and publishing a project that, from its inception, was likely to generate criminal-political backlash -- and for giving me the opportunity to say the quiet part out loud about the incentives that too often shield politically exposed actors from scrutiny.

This report also would not exist without the coalition that helped bring its predecessor, Policies and Patterns, into the world after #USAID funding cuts: Humanity Research Consultancy, NDI, The Foreign Correspondents' Club of Thailand', The Diplomat Magazine, and others. Whatever impact these reports have had -- or may yet have -- exists because these folks decided that difficult evidence is worth publishing.

Finally, Scam State Architecture looks closely at (and is dedicated to) Cambodia's embattled civil society and independent media community. Without them, accountability would have come later, if at all. I've been truly inspired by this community, and I hope anyone who reads the report comes away

with a sense of just how vital their work has been: making visible what powerful people have worked very hard to keep from being written about.




213 · 9 Comments

Like Comment Share

**Jaime Levine** 1d

Looking forward to it.

Like · Reply | 1 Reaction

**Tom Wright** 1d

Nice!

Like · Reply | 1 Reaction

**Joseph Diemer** 1d

Thank you for this

Like · Reply | 1 Reaction

**Craig Greenfield** 1d

Love this. Thanks for speaking out.

Like · Reply | 1 Reaction

See more comments

To view or add a comment, sign in

5,909 followers

122 Posts · 5 Articles

View Profile + Connect

## More from this author



A small victory in a dark place
Jacob Sims · 2y



Plans for the rest of the year
Jacob Sims · 2y




Closing a chapter with IJM
Jacob Sims · 2y

## Explore content categories

Career | Productivity | Finance | Soft Skills & Emotional Intelligence | Project Management | Education

Show more

LinkedIn © 2026

About

Accessibility

User Agreement

Privacy Policy

Your California Privacy Choices

Cookie Policy

Copyright Policy

Brand Policy

Guest Controls

Community Guidelines

Language