# AFFIDAVIT OF PROCESS SERVER

**United States District Court for the District of Columbia**

**In RE: Ex Parte Application of: Leak Yim, For an Order Pursuant to 28 U.S.C. 1782 to Conduct Discovery for Use in Foreign Proceedings**

,

vs.

.

Attorney: Jake Nachmani

Service of Process, Inc.
3741 SW 132nd Avenue
Miami FL 33175

*362750*

**Case Number: 1:26-mc-00095-ACR**

Legal documents received on **09/15/2026** at **6:21 PM** to be served upon **Jacob Sims at National Democratic Institute (NDI), 455 Massachusetts Ave., NW, Washington, DC 20001**

I, **Hanna Snyder**, swear and affirm that on **September 16, 2026** at **11:12 AM**, I did the following:

**Personally** Served **Jacob Sims** the person listed as the intended recipient of the legal document with this **Supplemental Memorandum of Law in Support of Leak Yim's Ex Parte Application for an Order Pursuant to 28 U.S.C. 1782; Supplemental Declaration of Jake Nachmani in Support of Leak Yim's Ex Parte Application for an Order Pursuant to 28 U.S.C. 1782; Exhibits** at **National Democratic Institute (NDI), 455 Massachusetts Ave., NW, Washington, DC 20001**.

**Description of Person Accepting Service:**
Sex: Male Age: 30-40 Height: 5ft4in-5ft8in Weight: 131-160 lbs Skin Color: Caucasian Hair Color: Brown

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

Date: 9-17-2026

Hanna Snyder
**Hanna Snyder**
Process Server

Internal Job ID:362750