# AFFIDAVIT OF SERVICE

| Case: | Court:<br>UNITED STATES DISTRICT COURT for the District of Columbia | County:<br>Columbia | Job:<br>16904813 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>In re Ex Parte Application of Leak Yim, For an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in Foreign Proceedings | | Defendant / Respondent: | |
| | | For:<br>Service of Process, Inc. | |
| To be served upon:<br>Jacob SIMS | | | |

I, Jeffrey Sawh, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Rachel SIMS for substitute service on Jacob SIMS, 4947 Burnley Drive, Williamsburg, VA 23188

**Manner of Service:** Substitute Service - Personal, Sep 19, 2026, 2:14 pm EDT

**Documents:** APPLICATION OF LEAK YIM FOR AN EX PARTE ORDER PURSUANT TO 28 U.S.C. § 1782, MEMORANDUM OF LAW IN SUPPORT OF LEAK YIM'S EX PARTE APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782

**Additional Comments:**
1) Successful Attempt: Sep 19, 2026, 2:14 pm EDT at 4947 Burnley Drive, Williamsburg, VA 23188 received by Rachel SIMS for substitute service on Jacob SIMS. Age: 45; Ethnicity: Caucasian; Gender: Female; Weight: 148; Height: 5'8"; Hair: Black; Eyes: Black;
Server made contact with Rachel Sims, who identified herself as the wife of Jacob Sims. Rachel stated that Jacob was not home at that time. Server asked when Jacob would be returning, to which Rachel responded that she did not know and began closing the door. Server advised Rachel that the documents would be substitute served upon her, as she had confirmed that Jacob Sims resides at the address and that she is his wife. The documents were then left with Rachel Sims.

*Subscribed and sworn to before me by the affiant who is personally known to me.*

[signature]
Jeffrey Sawh

09/21/2026
**Date**

[signature]
**Notary Public**

9/21/26
**Date** **Commission Expires**

CAMERON MATTHEW HANKIN
NOTARY PUBLIC
REG. #8107548
MY COMMISSION EXPIRES
January 31 2028
COMMONWEALTH OF VIRGINIA

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---------------------------------------------------------------------x

| | | |
|---|---|---|
| In re *Ex Parte* Application of | : | |
| | : | |
| Leak Yim, | : | |
| For an Order Pursuant to 28 U.S.C. § 1782 to Conduct | : | Misc. Case No. M- ______ |
| Discovery for Use in Foreign Proceedings | : | |

---------------------------------------------------------------------x

**APPLICATION OF LEAK YIM**
**FOR AN *EX PARTE* ORDER PURSUANT TO 28 U.S.C. § 1782**

For the reasons set forth in the accompanying memorandum of law and the declarations of Leak Yim, Pisut Rakwong, and Jake Nachmani, and based upon the documentary evidence attached to these declarations, Leak Yim ("**Applicant**") respectfully requests that the Court: (i) grant the *Ex Parte* Application for an Order Pursuant to 28 U.S.C. § 1782 to Obtain Discovery for Use in Foreign Proceedings; (ii) enter the proposed order submitted herewith; (iii) authorize Applicant to issue and serve the subpoenas attached as Exhibits 2 and 3 to the declaration of Jake Nachmani; and (iv) grant any and all other relief to Applicant as deemed just and proper.

Dated: June 15, 2026
Washington, D.C.

*/s/ Andrew Astuno*

**SEIDEN LAW LLP**
Jake Nachmani
(*pro hac vice* forthcoming)
Andrew Astuno, DC Bar No. 1028414
Ting Huang
(*pro hac vice* forthcoming)
Peter Grabowski
(*pro hac vice* forthcoming)
jnachmani@seidenlaw.com
aastuno@seidenlaw.com
322 Eighth Avenue, Suite 1200
New York, NY 10001
(646) 766-1723

*Attorneys for Applicant Leak Yim*