**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| In re *Ex Parte* Application of<br><br>Leak Yim,<br>For an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in Foreign Proceedings | : | Case No. 1:26-mc-00095-ACR |

# <u>JOINT STATUS REPORT</u>

Pursuant to the Court's Minute Order dated September 17, 2026, Applicant Leak Yim ("**Applicant**") and Respondent Jacob Sims ("**Respondent**"; and together with Applicant, the "**Parties**"), by their undersigned counsel, submit this Joint Status Report and state as follows:

1. On September 19, 2026, pursuant to the Court's Minute Order, Applicant attempted to serve the Application and its supporting materials on Respondent at his home in Williamsburg, Virginia. *See* ECF 12.[1]

2. On October 1, 2026, counsel for Applicant scheduled a status conference with the Court for October 13, 2026, at 4:00 p.m. via Zoom.

3. On October 2, 2026, Wiley Rein LLP contacted Applicant's counsel and advised that it represents Respondent in this matter.

4. Also on October 2, 2026, Respondent's counsel agreed to accept service of the Application and its supporting materials on Respondent's behalf, without waiving any jurisdictional objections available to Respondent.

[1] The Parties disagree as to whether service was effectuated. Applicant asserts that service was effectuated; Respondent asserts that service was merely attempted.

5. Also on October 2, 2026, Respondent's counsel advised Applicant's counsel that Respondent intends to oppose the Application.

6. Counsel for the Parties agreed to the following briefing schedule as to Respondent's opposition and Applicant's reply thereto: (i) Respondent's opposition is due on or before December 4, 2026; and (ii) Applicant's reply is due on or before January 29, 2027.

7. Counsel for the parties have also agreed that Respondent's opposition will be limited to 45 pages, and Applicant's reply will be limited to 30 pages.

8. The parties respectfully request that the Court enter an order adopting the agreed-upon briefing schedule and page limits.

9. By submitting this Report, the Parties do not waive and specifically preserve any claims, arguments, or defenses they may have against any other Party or any non-party, including but not limited to jurisdiction, immunity, or otherwise.

Dated: October 7, 2026

Respectfully submitted,

*/s/ Jake Nachmani*
**SEIDEN LAW LLP**
Jake Nachmani
(*pro hac vice*)
Andrew Astuno, D.C. Bar #1028414
Ting Huang
(*pro hac vice* forthcoming)
Peter Grabowski
(*pro hac vice* forthcoming)
322 Eighth Avenue, Suite 1200
New York, NY 10001
(646) 766-1723
jnachmani@seidenlaw.com
aastuno@seidenlaw.com
ohuang@seidenlaw.com
pgrabowski@seidenlaw.com

*Attorneys for Applicant Leak Yim*

*/s/ Tatiana Sainati*
**WILEY REIN LLP**
Tatiana Sainati, D.C. Bar No. 156105
Natalia Szlarb (*pro hac vice* forthcoming)
(*pro hac vice* forthcoming)
Christina Lucas
(*pro hac vice* forthcoming)
2050 M Street NW
Washington, D.C. 20036
(202) 719-3544
tsainati@wiley.law
nszlarb@wiley.law
cvlucas@wiley.law

*Attorneys for Respondent Jacob Sims*